**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-2469**

---

RONNIE LYNN MOSS,

    Plaintiff – Appellant,

  v.

MAXIMUS FEDERAL SERVICES; DEPARTMENT OF HEALTH AND HUMAN SERVICES; TODAY'S OPTIONS,

    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:13-cv-00562-JAG)

---

Submitted: March 18, 2014     Decided: May 2, 2014

---

Before SHEDD and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ronnie Lynn Moss, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Lynn Moss seeks to appeal the district court's order dismissing without prejudice the particularized complaint he filed in his challenge to the denial of a Medicare claim. The complaint was dismissed after Moss failed to comply with the court's direction to allege additional facts and provide documentation demonstrating his exhaustion of administrative remedies. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Moss seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, as Moss may be able to save his action by filing an amended complaint curing the deficiencies identified by the district court. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED